1  John L. Cooper (State Bar No. 050324)
   Farella Braun & Martel LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
4  jcooper@fbm.com

5
   Attorneys for Defendant
6  COMMUNITY STATE BANK

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>            Defendants. | Case No. C-07-06042 EDL<br><br>**STEVEN BELL'S DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION**<br><br>Date:      January 8, 2008<br>Time:      2:00 p.m.<br>Courtroom: E<br>Judge:     Hon. Elizabeth D. Laporte<br><br>Complaint filed: October 30, 2007<br>Trial date: |

I, STEVEN BELL, declare:

    1.    I am President and CEO of Community State Bank and I am authorized to make this declaration on its behalf. This declaration is based upon my personal knowledge of the facts stated herein and is given in connection with Community State Bank's motion to dismiss or, in the alternative, to transfer the action commenced against Community State Bank by Merchant e-Solutions, Inc.

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

BELL DECL. IN SUPPORT OF MOTION TO DISMISS (C-07-06042 EDL)

22743\1396944.1

2. Community State Bank is a bank chartered under the laws of the state of Wisconsin. Community State Bank's principal place of business and main office is located in Union Grove, Wisconsin, in Racine County in the southeastern corner of the state.

DATED:  December 6, 2005

:  /s/
    Steven Bell