2. Community State Bank is a bank chartered under the laws of the state of Wisconsin. Community State Bank's principal place of business and main office is located in Union Grove, Wisconsin, in Racine County in the southeastern corner of the state.

DATED: December 06, 2007

_____
Steven C. Bell

Pillsbury Braun & Martel LLP
50 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 983-1000

BELL DECL. IN SUPPORT OF MOTION TO
DISMISS (C-07-06042 EDL)            1

22743\1396944.1