1  John L. Cooper (State Bar No. 050324)
   Farella Braun & Martel LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
4  jcooper@fbm.com

5  Attorneys for Defendant
   COMMUNITY STATE BANK

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MERCHANT e-SOLUTIONS, INC., a Delaware corporation, | Case No. C-07-06042 EDL |
| 13         Plaintiff, | **NOTICE OF ERRATA TO DECLARATION OF STEVEN C. BELL IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION** |
| 14     v. | |
| 15  COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10, | Date: January 8, 2008<br>Time: 2:00 p.m.<br>Courtroom: E<br>Judge: Hon. Elizabeth D. Laporte |
| 16         Defendants. | Complaint filed: October 30, 2007<br>Trial date: |

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF ERRATA TO BELL DECL. (C-07-06042 EDL)

22743\1402700.1

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that the DECLARATION OF STEVEN C. BELL IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER ACTION, filed with this Court on December 6, 2007, inadvertently omitted Mr. Bell's middle initial and had the signature date of 2005 rather than 2007. Attached is the corrected version of the Declaration as Exhibit A.

Dated:   December 10, 2007           FARELLA BRAUN + MARTEL LLP


                                     By:   /s/
                                           John L. Cooper

                                     Attorneys for Defendant
                                     COMMUNITY STATE BANK

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

# **EXHIBIT A**

John L. Cooper (State Bar No. 050324)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jcooper@fbm.com

Attorneys for Defendant
COMMUNITY STATE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>Defendants. | Case No. C-07-06042 EDL<br><br>**STEVEN C. BELL'S DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION**<br><br>Date: January 8, 2008<br>Time: 2:00 p.m.<br>Courtroom: E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint filed: October 30, 2007<br>Trial date: |

I, STEVEN C. BELL, declare:

1.  I am President and CEO of Community State Bank and I am authorized to make this declaration on its behalf. This declaration is based upon my personal knowledge of the facts stated herein and is given in connection with Community State Bank's motion to dismiss or, in the alternative, to transfer the action commenced against Community State Bank by Merchant e-Solutions, Inc.

///

BELL DECL. IN SUPPORT OF MOTION TO
DISMISS (C-07-06042 EDL)

22743\1396944.1

2. Community State Bank is a bank chartered under the laws of the state of Wisconsin. Community State Bank's principal place of business and main office is located in Union Grove, Wisconsin, in Racine County in the southeastern corner of the state.

DATED: December 06, 2007

_____
Steven C. Bell

BELL DECL. IN SUPPORT OF MOTION TO DISMISS (C-07-06042 EDL)          1                    22743\1396944.1