UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCHANT e-SOLUTIONS, INC.,

    Plaintiff,

v.

COMMUNITY STATE BANK,

    Defendant.
_____/

No. C-07-06042 EDL

NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The notice of removal in the above-entitled action was filed on November 27, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendant has filed a Motion to Dismiss or, in the alternative, to Transfer Action, which has been noticed for hearing on January 8, 2008. **The Court resets the hearing for January 15, 2008 at 2:00 p.m.** Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than December 21, 2007, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: December 12, 2007

Richard W. Wieking, Clerk

_____
By: Lili M. Harrell, Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

12  MERCHANT e-SOLUTIONS, INC.,                   No.  C 07-06042  EDL

13          Plaintiff,

14      v.                                        **CONSENT TO PROCEED BEFORE A
                                                  UNITED STATES MAGISTRATE JUDGE**
15  COMMUNITY STATE BANK,

16          Defendants.
    _____/

17
        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18
        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in
19
the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge
20
conduct any and all further proceedings in the case, including trial, and order the entry of a final
21
judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for
22
the Ninth Circuit
23

24
    Dated: _____        _____
25                                         Signature

26
                                           Counsel for _____
27                                         (Name or party or indicate "pro se")

28

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCHANT e-SOLUTIONS, INC.,

    Plaintiff,

v.

COMMUNITY STATE BANK,

    Defendants.
_____/

No. C 07-06042 EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO
A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                                               Signature

                                                                Counsel for _____
                                                                (Name or party or indicate "pro se")