UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> COMMUNITY STATE BANK, <br><br>  Defendants. | No. C 07-06042 EDL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 19, 2007

/s/ Kristen A. Palumbo
Signature

Counsel for Plaintiff Merchant E-Solutions
(Name or party or indicate "pro se")

3