John L. Cooper (State Bar No. 050324)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jcooper@fbm.com

Attorneys for Defendant
COMMUNITY STATE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>　　　　　Defendants. | Case No: C-07-06042 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint filed: October 30, 2007<br>Trial date: |

REQUEST FOR REASSIGNMMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 19, 2007　　　　　　　　　　FARELLA BRAUN + MARTEL LLP


By: /s/ John L. Cooper
　　　John L. Cooper

Attorneys for Defendant
COMMUNITY STATE BANK

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE (C-07-06042 EDL)

22743\1409306.1