John L. Cooper (State Bar No. 050324)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jcooper@fbm.com

Attorneys for Defendant
COMMUNITY STATE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>Defendant. | Case No. C-07-06042 JSW<br><br>**AMENDED NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION**<br><br>Date:    February 22, 2008<br>Time:    9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint filed: October 30, 2007<br>Trial date: |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

AMENDED NOTICE OF MOTION TO
DISMISS (C-07-06042 JSW)

22743\1421529.1

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, CA, 94102, defendant Community State Bank will and hereby does move the court to dismiss the action (1) pursuant to FRCP 12(b)(3) for improper venue and (2) pursuant to FRCP 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted on the grounds that the agreement on which the complaint is based has been superseded by another agreement between the parties.

The motion will be based on this Amended Notice of Motion, as well as the original Notice of Motion and Motion and the Memorandum of Points and Authorities, filed December 6, 2007, and the pleadings and papers filed in support.

Dated: January 9, 2008                FARELLA BRAUN & MARTEL LLP


                                      By:      /s/ John L. Cooper
                                              John L. Cooper

                                      Attorneys for Defendant
                                      COMMUNITY STATE BANK