1 | John L. Cooper (State Bar No. 050324)
Farella Braun & Martel LLP
2 | 235 Montgomery Street, 17th Floor
San Francisco, CA 94104
3 | Telephone: (415) 954-4400
Facsimile: (415) 954-4480
4 | jcooper@fbm.com

5 | Attorneys for Defendant
COMMUNITY STATE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>Defendants. | Case No. C-07-06042 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER ACTION** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS (C-07-06042 JSW)

22743\1400573.1

1  Having considered the moving papers of counsel, and for good cause shown, the Court
2  hereby GRANTS defendant Community State Bank's motion to dismiss this action pursuant to
3  Federal Rule of Civil Procedure 12(b).
4
5  IT IS SO ORDERED.
6  DATED: _____

_____
Honorable Jeffrey S. White

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS (C-07-06042 EDL)

1

22743\1400573.1