John L. Cooper (State Bar No. 050324)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jcooper@fbm.com

Attorneys for Defendant
COMMUNITY STATE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCHANT e-SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY STATE BANK, a Wisconsin state chartered bank, and DOES 1-10,<br><br>Defendant. | Case No. C-07-06042 JSW<br><br>**DEFENDANT COMMUNITY STATE BANK'S STATEMENT OF SUPPLEMENTARY AUTHORITY REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>Date: February 22, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Location: Courtroom 2, 17th Floor |

Following the Court's Notice of Questions for Hearing, Docket no. 17, filed February 20, 2008, defendant Community State Bank respectfully submits the following supplementary authorities for the Court's consideration:

1. <u>Pacific Gas & Electric Co. v. G. W. Thomas Drayage & Rigging Co.</u>, 69 Cal. 2d 33, 38-40 (1968).

2. <u>Dore v. Arnold Worldwide, Inc.</u>, 39 Cal. 4th 384, 391-393 (2006).

///

///

///

1. 3. <u>Wal-Noon Corp. v. Hill</u>, 45 Cal. App. 3d 605, 613 (1975).

Dated: February 20, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/ John L. Cooper
John L. Cooper

Attorneys for Defendant
COMMUNITY STATE BANK

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -

22743\1455818.1