UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 22, 2008     **JUDGE:** Jeffrey S. White

**Case No:** C-07-6042 JSW

**Case Name:** Merchant E-Solutions Inc. V. Community State Bank

**Attorney(s) for Plaintiff:** Kristen Palumbo

**Attorney(s) for Defendant:** John Cooper and Ann-Catherine Padian

**Deputy Clerk**: Frank Justiliano     **Court Reporter**: Kathy Wyatt

**PROCEEDINGS:** Motion to Dismiss or, in the Alternative, to Transfer Action - HELD.

After hearing arguments from counsel, the matter stands submitted.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** chambers